FILED

2020 JAN 30  PM 12: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 20-CR-00314-MMA-7 |
| V. | | |
| SMBAT SHAHINYAIN | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT      2 0 MJ 0 0 4 1 2

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  1/30/20  0700  ☑AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1029, 18 USC 982

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☑ Yes   Language:  Armenian / Russian

7. Year of Birth: 1979

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____      Phone Number: _____

9. Name of Pretrial Services Officer notified:  Vivian Villegas

10. Remarks (if any): _____

11. Name:  Brandon Marshall Torba  (please print)

12. Office Phone Number:  217-593-4900      13. Agency:  USSS

14. Signature:  Brandon Torba      15. Date:  1/30/2020

---

CR-64 (05/18)                    **REPORT COMMENCING CRIMINAL ACTION**